# United States Bankruptcy Court
## Northern District of California

In re **Dean Gregory Asimos**  
Debtor(s)

Case No.  
Chapter **13**

# CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of **3** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **August 29, 2011**

**/s/ Scott J. Sagaria**  
Signature of Attorney  
**Scott J. Sagaria 217981**  
**Sagaria Law, P.C.**  
**333 West San Carlos Street**  
**Suite 1700**  
**San Jose, CA 95110**  
**408-279-2288   Fax: 408-279-2299**

American Express
P.O. Box 981535
El Paso, TX 79998


Atty Gen, US Dept of Justice
Civil Trial Sec., Western Reg.
PO Box 683, Ben Franklin Stat.
Washington, DC 20044


Bank Of America
Po Box 17054
Wilmington, DE 19850


Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Chase
Po Box 15298
Wilmington, DE 19850


Discover Fin
Po Box 8003
Hilliard, OH 43026


Franchise Tax Board
ATTN: Special Procedures
P.O. Box 2952 MS-A430
Sacramento, CA 95812

Frank Boyd
P.O. 2004
Burlingame, CA 94011


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Mercedes Benz Credit
Attn: Kim Nguyen
PO Box 9001680
Louisville, KY 40290


Mercedes-Benz Financial
P.O. Box 9001680
Louisville, KY 40290


Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197


Pinnacle Financial Group
7825 Washington Avenue
Minneapolis, MN 55439


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


San Mateo Credit Union
Po Box 910
Redwood City, CA 94064

```
US Atty, Chief Tax Division
450 Golden Gate Ave
10th Floor, Box 36055
San Francisco, CA 94102



Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403



Vincent P O'Leary
438 Hillsborough Blvd.
San Mateo, CA 94401



Zwicker & Associates
199 S. Los Robles Avenue, Ste 410
Pasadena, CA 91101
```