# United States Bankruptcy Court
## Northern District of California

In re **Dean Gregory Asimos**        Case No. _____
                                    Debtor(s)        Chapter **13**

## STATEMENT RE PAYMENT ADVICES

☐    Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

■    I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **August 29, 2011**        Signature **/s/ Dean Gregory Asimos**
                                            **Dean Gregory Asimos**
                                            Debtor

Date **August 29, 2011**        Signature **/s/ Scott J. Sagaria**
                                            **Scott J. Sagaria 217981**
                                            Attorney