SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re: | Case No.: 11-13214-AJ |
| **DEAN GREGORY ASIMOS,** | Chapter 13 |
| Debtor. | **DEBTOR'S MOTION TO VALUE COLLATERAL AND AVOID SECOND LIEN** |
| | <u>NO HEARING REQUESTED</u> |
| | Judge: Hon. Judge Jaroslovsky |

**To Vincent P. O'Leary, an individual, Ocwen Financial Corporation, its successors, subsidiaries, assignees, transferors, and all other interested parties:**

Dean Gregory Asimos (hereinafter "Debtor") hereby moves this Court for an order classifying the second mortgage (hereinafter "Debt") of Vincent P. O'Leary, an individual (hereinafter "Lender") as unsecured in that there is no equity in the subject real property and to avoid the deed of trust in favor of Lender recorded against the title of the real property located at 1040 East MacArthur Street, Sonoma, California 95476.

//
//

**JURISDICTION AND VENUE**

The court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§151, 157, and 1334 and Fed. R. Bankr. P. 7001. This is a core proceeding under 28 U.S.C. §157(b)(2)(F). Venue in this Court is proper pursuant to 28 U.S.C. §1409 because this motion arises in this bankruptcy case.

**GENERAL ALLEGATIONS**

This case was commenced on August 29, 2011, when Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code. Debtor owns the aforementioned real property located at 1040 East MacArthur Street, Sonoma, California 95476 (hereinafter "the Property").

The Property has a fair market value of approximately $607,600. The valuation is predicated upon the Debtor's information and belief and upon an online valuation incorporating analysis of square footage, amenities and recent sales of similar properties in the surrounding area, which estimate is attached as **Exhibit C** to the Declaration of Dean Gregory Asimos filed concurrently with the instant motion.

There is a first and second mortgage or deed of trust recorded against title of the Property. The first is in favor of Ocwen Financial Corporation and has a current amount owing of approximately $764,872.80. The second deed of trust is in favor of Lender and has an approximate amount owing of $125,000. A true and correct copy of Debtor's Schedule D (Creditors Holding Secured Claims) evidencing the balances of the liens as of the date of filing is attached as **Exhibit B** to the Declaration of Dean Gregory Asimos filed concurrently with the instant motion.

The second trust deed in favor of Lender is avoidable as the value of the Property is less than the amount of the first deed of trust. Therefore, the second deed of trust does not attach to the Property and is wholly unsecured.

//
//
//

The second mortgage lien is therefore properly avoided by this Court and should be classified as unsecured.

**SAGARIA LAW, P.C.**

Dated: August 30, 2011       By:   */s/ Elliot Gale, Esq.*
                  Elliot Gale, Esq.
                  Attorney for Debtor