SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>**DEAN GREGORY ASIMOS,**<br><br>          Debtor. | Case No.: 11-13214-AJ<br><br>Chapter 13<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEBTOR'S MOTION TO VALUE COLLATERAL AND AVOID JUNIOR LIEN**<br><br><u>NO HEARING REQUESTED</u><br><br>Judge:    Hon. Judge Jaroslovsky |

      In this matter, Dean Gregory Asimos (hereinafter "Debtor") filed for bankruptcy protection under Chapter 13. The voluntary petition was filed on August 29, 2011.

      11 U.S.C. §1322(b)(2) allows a debtor's plan to modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence. Case law has provided an exception to this anti-modification clause for the status of junior liens. Section 1322 focuses on the modification of the rights of lien holders, not the status of claims. <u>In re Nobelman,</u> the Court found that it was proper to look to 11 U.S.C. §506 for a judicial valuation of the

collateral to determine the status of the creditors claim.  <u>Nobelman v. American Sav. Bank</u>, 508 U.S. 324 (U.S. 1993).   <u>In re Zimmer</u>, the 9th Circuit Court of Appeals reversed and remanded the case, finding that the Bankruptcy Code's anti-modification protection of Section 1322, is only available to holders of secured claims.  <u>Zimmer v. PSB Lending Corp</u>., 313 F.3d 1220 (9th Cir. Cal. 2002).  Therefore, a wholly unsecured lien on real property may be avoided in a Chapter 13 proceeding.

Vincent P. O'Leary, an individual (hereinafter "Lender") holds a junior lien on Debtor's residence.  Lender's lien is a second mortgage with a present principal balance of approximately $125,000.  Debtor's real property is located at 1040 East MacArthur Street, Sonoma, California 95476 (hereinafter "the Property").  It is encumbered with a first mortgage held by Ocwen Financial Corporation with an approximate present principal balance of $764,782.80.  The present value of the Property is approximately $607,600.  As such, Lender's lien is wholly unsecured.  A proffered estimate of the Property's value is attached to the Declaration of Dean Gregory Asimos filed concurrently herewith.

For all of the reasons set forth above, Debtor respectfully requests that the Court avoid the Lender's lien, remove the lien from the collateral, and determine that the status of Lender's claim is unsecured.

Respectfully submitted:

**SAGARIA LAW, P.C.**

Dated: August 30, 2011　　　　　　　　　By:　__/s/ *Elliot Gale, Esq.*_____
　　　　　　　　　　　　　　　　　　　　　　　Elliot Gale, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEBTOR'S MOTION TO VALUE COLLATERAL AND AVOID JUNIOR LIEN - 2
Case: 11-13214　　Doc# 9-1　　Filed: 08/30/11　　Entered: 08/30/11 18:58:45　　Page 2 of 2