## LEGAL DESCRIPTION

Real property in the unincorporated area of the County of Sonoma, State of California, described as follows:

PARCEL ONE:

COMMENCING AT AN IRON PIPE AT THE INTERSECTION OF THE NORTHERLY LINE OF GERMANY STREET WITH THE EASTERLY LONE OF SEVENTH STREET EAST, BEING THE SOUTHWESTERLY CORNER OF LOT 522 IN THE FORMER PUEBLO OR EX-CITY OF SONOMA; THENCE ALONG THE NORTHERLY LINE OF GERMANY STREET SOUTH 83°30' EAST, 262 FEET TO THE TRUE POINT OF BEGINNING OF THE PARCEL TO BE HEREIN DESCRIBED; THENCE FROM SAID POINT OF BEGINNING AND CONTINUING SOUTH 83°30' EAST AND ALONG THE NORTHERLY LINE OF GERMANY STREET 67 FEET TO A POINT; THENCE NORTH 6°30' EAST 247.26 FEET TO A POINT; THENCE SOUTH 30°13' WEST 166.58 FEET TO A POINT; THENCE SOUTH 6°30' WEST 94.75 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL TWO:

TOGETHER WITH A NON-EASEMENT FOR GENERAL ROAD AND UTILITY PURPOSES 25 FEET WIDE ON THE WESTERLY AND NORTHERLY SIDES OF THE ABOVE DESCRIBED PARCEL OF LAND.

APN: 128-042-030-000

Exhibit A