

Sign Up | Sign In

Street Address | Zip Code or City, State | Search

**Home Values** | **City Info** | **Find Foreclosures** | **Mortgage Rates**

## 1040 E Macarthur St Sonoma, CA 95476

  eppraisal  Zillow.com

**$631,242**     **$603,600**

2 Bed | 3.00 Bath | 1482 Sq Ft | 0.26 Acres

Get Refinance Quote | View More Details

© 2011 Microsoft Corporation
Pictometry Birds Eye © 2010 Pictometry International Corp



**What's my house worth?**
Ilqg#|rxu#krp h*v#ydoxh#lqvwdqwo|1#Iuhh#
vhuylfh1#Jhw#hvwlp dwh#qrz 1
IlqgKrp hVdoxhlfrp

**What's My House Worth?**
Ilqg#|rxu#krp h*v#fxuuhqw#p dunhw#ydoxh#
rqdqh#z lwk#KrxvhYdoxhvlfrp 1
z z z 1KrxvhYdoxhvlfrp

AdChoices

**Compare Mortgage Rates**

| | Loan Product | Rate | APR | Est. Pmt. | |
|---|---|---|---|---|---|
|  EverBank | 5/1 Yr. ARM<br>15 Yr. Fixed<br>7/1 Yr. ARM | 3.000%<br>4.125%<br>3.500% | 3.009%<br>4.143%<br>3.510% | $2,661<br>$4,709<br>$2,835 | Learn More |
| Updated 8/29/2011 | Additional Loan Products | | | | Call Now |
| Quicken Loans | 30 Yr. Fixed<br>5/1 Yr. ARM | 5.125%<br>4.500% | 5.165%<br>4.607% | $3,437<br>$3,198 | Learn More |
| Updated 8/29/2011 | Additional Loan Products | | | | Call Now |
| Aurora Bank | 15 Yr. Fixed | 3.625% | 3.939% | $4,551 | Learn More |
| Updated 8/29/2011 | Additional Loan Products | | | | Call Now |
| Integrity Home Loan | 5/1 Yr. ARM<br>7/1 Yr. ARM | 3.500%<br>3.875% | 3.581%<br>3.958% | $2,835<br>$2,968 | Learn More |
| Updated 8/29/2011 | Additional Loan Products | | | | Call Now |

The rates were submitted by each individual lender/broker on the date indicated. Rate/APR terms offered by advertisers may differ from those listed above based on the creditworthiness of the borrower and other differences between an individual loan and the loan criteria used for the HSH.com quotes. More Info.. These quotes are from banks, thrifts and brokers who have paid for a link to their website in the listings above and you can find additional information about their loan programs on their websites.

### Recently Sold Homes

List View    Map View

There are currently no similar properties which have sold recently in this area.

### Sonoma Real Estate Professionals

**Appraiser**
**Nora McQueeney**
(415) 518-3717
Cell Phone: (415) 518-3717

Sonoma Appraisers

**Real Estate Agent**
**Julie Larsen**
(707) 225-3710

Sonoma Real Estate Agents

**Contact a local Real Estate Agent**
**Kevin McGinnis**
Frank Howard Allen Realtors
915 Diablo Avenue
Novato, CA 94947

**(415) 899-9210**
Visit My Website



Become a local pro

---

**PARAMOUNT EQUITY**
HOME LOANS WITH NO UPFRONT COSTS

**1040 E MACARTHUR ST**
**10**

### Sonoma, CA Home Values

**Home Value Trending**   What's This

● Local   ● State   ● National

**Home Data (as of June)**

| Median Sales Price: | $305,000 0% (from last month) |
|---|---|
| **Number of Sales:** | 0 |

Sonoma Home Values

### Local Information

- More info about Sonoma
- Homes for Sale in Sonoma

### Helpful Links

- Home Values Trends and Statistics
- Local Demographic Statistics
- Need Assistance Moving?
- Find Local Foreclosures
- Local Job Opportunities
- Rentals in the Area

---

**Title and Escrow**
**Debi Craig**
(707) 963-1906

Sonoma Title and Escrows

**Home Appraisal Only $19**
Ba Arab Protect Tax es a To High?
Get A Assessed

Appraisal4.com

**Mortgage Rate 3.75% Fixed**
Get $200,000 mortgage for $776/mo.
See new payment. Not SSN Required.

MortgageLoanSvcs.com

**CashCall™ Mortgage**
Low Interest & No Closing Cost Get
your Online Quick Quote Today!

CashCallMortgage.com

AdChoices

1040 E Macarthur St is in the 95476 ZIP code in Sonoma, CA. 1040 E Macarthur St has approximately 1482 square feet. 1040 E Macarthur St has 2 bedrooms and 3.00 bathrooms. 1040 E Macarthur St was last sold on 7/31/2006. The estimated population in Sonoma, CA is 40,322, and 63.4% of the population have children living in the home. The median age in Sonoma, CA is 40 years old, and the median income is $0.

**Nearby Cities Real Estate**
- El Verano, CA Real Estate
- Boyes Hot Springs, CA Real Estate
- Vineburg, CA Real Estate
- Glen Ellen, CA Real Estate
- Petaluma, CA Real Estate

**Sonoma Real Estate Professionals**
- Sonoma, CA Real Estate Agents
- Sonoma, CA Home Inspectors
- Sonoma, CA Home Appraisers

**Other Sonoma Resources**
- Sonoma Home Values
- Sonoma Demographics
- Sonoma Recent Home Sales
- Sonoma Homes for Sales

This site uses data obtained from numerous public sources. Some areas of the country provide us with different levels of information. It is presented on an 'as is, as available' basis. This site makes no warranties, expressed or implied without limitation, to the information provided, nor is responsible for any errors or omissions. This valuation is NOT an appraisal. User acknowledges that this product is a technology report, a product of an automated valuation technology analysis. This information is compiled from public documents and is not guaranteed. No human interaction or inspection goes into the final results and analysis.

Zillow, Inc., 2008. Use is subject to Terms of Use, What's a Zestimate?

Copyright © 2011 eppraisal.com. All rights reserved.

Home Values | About us | Contact us | Help | Blog | Real Estate Widgets | API | Professional Real Estate Directory | Find a Pro