SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>**DEAN GREGORY ASIMOS,**<br><br>Debtor. | Case No.: 11-13214-AJ<br><br>Chapter 13<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION TO VALUE COLLATERAL AND AVOID SECOND LIEN**<br><br><u>NO HEARING REQUESTED</u><br><br>Judge:   Hon. Judge Jaroslovsky |

To Vincent P. O'Leary, an individual, Ocwen Financial Corporation, its successors, subsidiaries, assignees, transferors, and all other interested parties:

**NOTICE IS HEREBY GIVEN** that Debtor has filed a Motion to Value Collateral and Avoid Second Lien. Bankruptcy Local Rule 9014-1 of the United States Bankruptcy for the Northern District of California prescribes the procedures to be followed and that 1) any objection to requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within twenty-one (21) days of mailing of the notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to

NOTICE AND OPPORTUNITY FOR HEARING ON DEBTORS' MOTION TO VALUE COLLATERAL AND AVOID SECOND LIEN - 1

represent in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtor's attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee in the case, in the event an objection or request for hearing is timely made.

**SAGARIA LAW, P.C.**

Dated: August 30, 2011     By:     __/s/ *Elliot Gale, Esq.*_____
                                    Elliot Gale, Esq.
                                    Attorney for Debtor

NOTICE AND OPPORTUNITY FOR HEARING ON DEBTORS' MOTION TO VALUE COLLATERAL AND AVOID SECOND LIEN - 2