1  SCOTT J. SAGARIA (BAR # 217981)
   PATRICK CALHOUN (BAR # 056671)
2  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1700
3  San Jose, CA 95110
   408-279-2288 ph
4  408-279-2299 fax

5  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>**ASIMOS, DEAN GREGORY**<br><br>Debtor. | Case No.: 11-13214-AJ<br><br>Chapter 13<br><br>**NOTICE OF FILING CHAPTER 13 PLAN AND OPPORTUNITY TO OBJECT TO CONFIRMATION**<br><br>**NO HEARING REQUESTED** |

**PLEASE TAKE NOTICE THAT** the Debtor David Chisolm (hereinafter "Debtors"), filed a Chapter 13 Plan on September 15, 2011, a copy of which is attached hereto as **Exhibit A**.

**NOTICE IS FURTHER GIVEN** that pursuant to Bankruptcy Rule 2002(b) any objection to confirmation of Debtors' Plan must be filed within twenty-eight (28) days of the date of this Notice. The request for hearing or objection must be accompanied by any declarations or memoranda of law the objecting party wishes to present in support of its position. If there is not a timely objection to Debtors' Chapter 13 Plan, the court may enter an Order confirming the Plan. In the event that an objection to the

plan is filed within the time stated, the Chapter 13 Trustee will notify the court of the objection and request that a hearing on the objection be scheduled. Notice of the hearing will be provided to the objecting party.

Objections should be filed with the United States Bankruptcy Court located at 99 South "E" Street, Santa Rosa, CA 95404, and a copy of the objection should be served on the Office of the United States Trustee at 235 Pine Street, 7th Floor, San Francisco, CA 94104, and David Burchard, Chapter 13 Trustee, 393 Vintage Park Drive, Suite 150, Foster City CA 94404-1172, and upon counsel for the Debtors whose address is set for the in the caption to this Pleading.

Dated: September 15, 2011    /s/ *Scott J. Sagaria*
Scott J. Sagaria, Esq.
Attorney for Debtors