```
SCOTT J. SAGARIA (BAR # 217981)
JOE ANGELO (BAR # 268542)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor,
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In RE:<br><br>**ASIMOS, DEAN GREGORY**<br><br>Debtor | Case No: 11-13214-AJ<br><br>Chapter 13<br><br>**DECLARATION OF CHRIS ASIMAKOPOULOS RE: MONTHLY SUPPORT TO DEBTOR** |

I, Chris Asimakopoulos, hereby declare as follows:

1. I am the father of Dean Asimos, Debtor in the above referenced chapter 13 bankruptcy.
2. I am currently residing in Dean's residence in Sonoma.
3. I do not pay rent.
4. I provide approximately $900 in support to my son in order for him to meet all of his household obligations and expenses.
5. I understand that my contribution is necessary in order for him to fully fund and complete the chapter 13 plan as filed with the court.
6. I am able to commit the $900.00 assistance to Dean for the duration of the chapter 13 bankruptcy proceeding.

DECLARATION - 1

1       I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct. Executed this 19th day of September,
3 2011 in Sonoma, California.

/s/ *Chris Ramsky* (signature)

DECLARATION - 2