```
Label Matrix for local noticing        U.S. Bankruptcy Court              American Express
0971-1                                  99 South "E" Street                P.O. Box 981535
Case 11-13214                           Santa Rosa, CA 95404-6527          El Paso, TX 79998-1535
Northern District of California
Santa Rosa
Thu Sep 15 15:31:01 PDT 2011

Atty Gen, US Dept of Justice            Bank Of America                   Bank Of America
Civil Trial Sec., Western Reg.          Attn: Bankruptcy NC4-105-03-14    Po Box 17054
PO Box 683, Ben Franklin Stat.          Po Box 26012                      Wilmington, DE 19850-7054
Washington, DC 20044-0683               Greensboro, NC 27420-6012


Capital One, N.a.                       Chase                             Discover Bank
Capital One Bank (USA) N.A.             Po Box 15298                      DB Servicing Corporation
Po Box 30285                            Wilmington, DE 19850-5298         PO Box 3025
Salt Lake City, UT 84130-0285                                            New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC      FIA CARD SERVICES, N.A.           Franchise Tax Board
PO BOX 3025                             PO Box 15102                      ATTN: Special Procedures
NEW ALBANY OH 43054-3025               Wilmington, DE 19886-5102         P.O. Box 2952 MS-A430
                                                                         Sacramento, CA 95812-2952


Frank Boyd                              (p)INTERNAL REVENUE SERVICE       Mercedes Benz Credit
P.O. 2004                               CENTRALIZED INSOLVENCY OPERATIONS Attn: Kim Nguyen
Burlingame, CA 94011-2004              PO BOX 7346                       PO Box 9001680
                                        PHILADELPHIA PA 19101-7346        Louisville, KY 40290-1680


Mercedes-Benz Financial                 Ocwen Loan Servicing              Office of the U.S. Trustee / SR
P.O. Box 9001680                        P.O. Box 6440                     235 Pine Street
Louisville, KY 40290-1680              Carol Stream, IL 60197-6440       Suite 700
                                                                         San Francisco, CA 94104-2736


Pinnacle Financial Group                (p)PORTFOLIO RECOVERY ASSOCIATES LLC   San Mateo Credit Union
7825 Washington Avenue                  PO BOX 41067                      350 Convention Way
Minneapolis, MN 55439-2411             NORFOLK VA 23541-1067             Redwood City, Ca 94063-1435


San Mateo Credit Union                  US Atty, Chief Tax Division       Us Dept Of Education
Po Box 910                              450 Golden Gate Ave               Attn: Borrowers Service Dept
Redwood City, CA 94064-0910            10th Floor, Box 36055             Po Box 5609
                                        San Francisco, CA 94102-3661      Greenville, TX 75403-5609


Vincent P O'Leary                       Zwicker & Associates              David Burchard
438 Hillsborough Blvd.                  199 S. Los Robles Avenue, Ste 410 393 Vintage Park Drive
San Mateo, CA 94402-1126               Pasadena, CA 91101-2438           Suite 150
                                                                         Foster City, CA 94404-1172


Dean Gregory Asimos                     Scott J. Sagaria
340 Lorton Ave #215                     Law Offices of Scott J. Sagaria
Burlingame, CA 94010-4126              333 W San Carlos St. #1700
                                        San Jose, CA 95110-2740
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Fin | Internal Revenue Service | Portfolio Rc |
| Po Box 8003 | Centralized Insolvency Operations | Attn: Bankruptcy |
| Hilliard, OH 43026 | P.O. Box 21126 | Po Box 41067 |
| | Philadelphia, PA 19114 | Norfolk, VA 23541 |

End of Label Matrix
Mailable recipients     28
Bypassed recipients      0
Total                   28