```
 1  C. Todd Norris, SBN 181337
    Arlena V. Carrozzi, SBN 250116
 2  BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
 3  San Francisco, California 94108
    Telephone: 415.352.2700
 4  Facsimile: 415.352.2701

 5  Attorneys for Non-Party Jason Everett Thompson

 6

 7

 8

 9              IN THE UNITED STATES BANKRUPTCY COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SANTA ROSA DIVISION
```

| | |
|---|---|
| In re: | Chapter 13 |
| ASIMOS, DEAN GREGORY, | Case No.: 11-13214-AJ |
| Debtor. | **STIPULATION RE: RELIEF FROM STAY** |

WHEREAS, debtor Dean Gregory Asimos filed a voluntary petition for Chapter 13 Bankruptcy in this court on or about August 29, 2011, the Amended Chapter 13 Plan for which was confirmed by this court on March 2, 2012;

WHEREAS, non-party Jason Everett Thompson filed a lawsuit against debtor Dean Gregory Asimos in the California Superior Court in and for the County of San Francisco on October 11, 2011, San Francisco Superior Court Case No. CGC-11-514980 (the "San Francisco Action");

WHEREAS, debtor Dean Gregory Asimos filed counterclaims against non-party Jason Everett Thompson in the San Francisco Action on or about November 30, 2011;

NOW THEREFORE, the undersigned parties to this Stipulation hereby stipulate and agree that the San Francisco Action (including any judgment thereon) is not and

Page 1–

shall not be stayed by reason of debtor Dean Gregory Asimos' voluntary petition for Chapter 13 Bankruptcy, nor by reason of the Amended Chapter 13 Plan confirmed for the debtor Asimos by this Court on March 2, 2012.

DATED: 9/25/12

LAW OFFICES OF JESSICA R. BARSOTTI

By _____
Jessica R. Barsotti
Attorneys for Dean Gregory Asimos

DATED: 9/25/12

LAW OFFICES OF SCOTT J. SAGARIA

By _____
Scott J. Sagaria
Attorneys for Debtor Dean Gregory Asimos

DATED: _____

OFFICE OF DAVID BURCHARD

By _____
Lilian G. Tsang
Attorneys for Chapter 13 Trustee

DATED: 9/25/12

BULLIVANT HOUSER BAILEY PC

By _____
C. Todd Norris
Attorneys for Non-Party Jason Everett Thompson

Page 2-

shall not be stayed by reason of debtor Dean Gregory Asimos' voluntary petition for Chapter 13 Bankruptcy, nor by reason of the Amended Chapter 13 Plan confirmed for the debtor Asimos by this Court on March 2, 2012.

DATED: 9/25/12

LAW OFFICES OF JESSICA R. BARSOTTI

By _____
Jessica R. Barsotti
Attorneys for Dean Gregory Asimos

DATED: _____

LAW OFFICES OF SCOTT J. SAGARIA

By _____
Scott J. Sagaria
Attorneys for Debtor Dean Gregory Asimos

DATED: 9/26/12

OFFICE OF DAVID BURCHARD

By _____
Lilian G. Tsang
Attorneys for Chapter 13 Trustee

DATED: 9/25/12

BULLIVANT HOUSER BAILEY PC

By _____
C. Todd Norris
Attorneys for Non-Party Jason Everett Thompson

Page 2–