C. Todd Norris, SBN 181337
Arlena V. Carrozzi, SBN 250116
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Non-Party Jason Everett Thompson

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

ASIMOS, DEAN GREGORY,

    Debtor.

Chapter 13

Case No.: 11-13214-AJ

**ORDER RE: RELIEF FROM STAY**

WHEREAS, debtor Dean Gregory Asimos filed a voluntary petition for Chapter 13 Bankruptcy in this court on or about August 29, 2011, the Amended Chapter 13 Plan for which was confirmed by this court on March 2, 2012;

WHEREAS, non-party Jason Everett Thompson filed a lawsuit against debtor Dean Gregory Asimos in the California Superior Court in and for the County of San Francisco on October 11, 2011, San Francisco Superior Court Case No. CGC-11-514980 (the "San Francisco Action");

WHEREAS, debtor Dean Gregory Asimos filed counterclaims against non-party Jason Everett Thompson in the San Francisco Action on or about November 30, 2011;

NOW THEREFORE, pursuant to the stipulation of the parties on file herein,

IT IS HEREBY ORDERED THAT the stipulation filed on September 28, 2012, is

approved and made an order of the court.

**IT IS SO ORDERED.**

Dated: October 1, 2012

Alan Jaroslovsky
U. S. Bankruptcy Judge

Page 2     ORDER RE: RELIEF FROM STAY