UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Dean Gregory Asimos

Bankruptcy No.: 11-13214
R.S. No.: JAB10726
Hearing Date: December 6, 2012
Time: 9:00a.m.

Debtor(s)

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 08/29/2011  Chapter: 13
    Prior hearings on this obligation: None  Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor ☐  or lessor ☐
    Fair market value:    $_____    Source of value: _____
    Contract Balance:     $_____    Pre-Petition Default:    $_____
    Monthly Payment:      $_____       No. of months: _____
    Insurance Advance:    $_____    Post-Petition Default:   $_____
                                                  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Single family residence, Sonoma, CA

    Fair market value: $ 607,600.00           Source of value: Debtor's Schedule A and Schedule D

                                              If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.): First

    Approx. Bal.:          $ 520,959.42        Pre-Petition Default:    $ 0.00
    As of (date):          08/23/2012             No. of months: 0
    Mo. Payment:           $ 2,896.92          Post-Petition Default:   $ 26,072.28
    Notice of Default (date): N/A                 No. of months: 9
    Notice of Trustee's Sale: N/A              Advances Senior Liens:   $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

    Position              Amount              Mo. Payment         Defaults
    1st Trust Deed: Movant    $   520,959.42   $    2,896.92       $    26,072.28
    2nd Trust Deed: Vincent O'Leary  $   125,000.00   $_____  $_____
    _____:     $_____    $_____   $_____
    _____:     $_____    $_____   $_____
    _____:     $_____    $_____   $_____
              (Total) $   645,959.42   $    2,896.92       $    26,072.28

(D) Other pertinent information:

                                    /s/ Jennifer A. Bender
                                              Signature
Dated: November 16, 2012
                                    Jennifer A. Bender
                                              Print or Type Name
                                    Attorney for Deutsche Bank National Trust Company, as trustee
                                    for DSLA Mortgage Loan Trust Mortgage Loan
CANB Documents Northern District of California
                                    Pass-Through Certificates, Series 2006-AR2

NDC-004

Case: 11-13214   Doc# 52-1   Filed: 11/16/12   Entered: 11/16/12 11:20:10   Page 1 of 1