SCOTT J. SAGARIA (BAR # 217981)
JOE ANGELO (BAR # 268542)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re: | Case No.: 11-13214-AJ |
| DEAN GREGORY ASIMOS, | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Garrett Lenox, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 and am not a party to the within entitled action. My business address is 333 West San Carlos Street, Suite 1750, San Jose, California 95110.

On January 7, 2013, I served the following documents:
1) **DECLARATION OF DEAN ASIMOS**
2) **EXHIBITS A-F**
3) **CERTIFICATE OF SERVICE**

on all interested parties named below, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service at San Jose, California, addressed as follows:

**Law Offices of Les Zieve**
**18377 Beach Boulevard, Ste. 210**
**Huntington Beach, CA 92648**
**//**
**//**

CERTIFICATE OF SERVICE  - 1

1

**U.S. Bankruptcy Court/SR**
2
**99 South "E" Street**
**Santa Rosa, 95404**
3
  I declare under penalty of perjury that the foregoing is true and correct. Executed on
4
January 7, 2013, at San Jose, California.
5

6
            ___*/s/ Garrett Lenox*_____
            Garrett Lenox
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE - 2