Scott J. Sagaria (Bar No. 217981)
Sagaria Law, P.C.
333 W. San Carlos, Ste 620
San Jose, CA 95110
408-279-2288
408-279-2299

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DIVISION OF CALIFORNIA

In re: ) Case No.: 11-13214-AJ
) APPLICATION TO MODIFY CHAPTER 13 PLAN
DEAN ASIMOS )
)
Debtor(s) )

The Debtor{s} respectfully requests the Court modify debtor{s}Chapter 13 Plan as follows:

___1. The monthly Plan payments of $893 shall be:
    _X_ Suspended for the months of _March - August 2013_____;
    _____ Increased to $_1,400 beginning April 2014_____;
    __X__ Decreased to $_500 a month until March 2014_____;
    _____ Other:_____;

___2. The secured claims shall be modified as follows:
    _____ The secured claims of the following creditors shall be <u>added</u> as follows:

| CREDITOR'S NAME | COLLATERAL VALUE | PMT/MONTH (if fixed) | INT RATE (if applicable) |
|---|---|---|---|

    _____ The treatment of certain secured creditor(s) shall be modified as follows:

| CREDITOR'S NAME | COLLATERAL VALUE | PMT/MONTH (if fixed) | INT RATE (if applicable) | STATUS (e.g., unsec) |
|---|---|---|---|---|

___3. Change the estimated percentage paid to UNSECURED creditor(s) from _____% to _____% on the confirmed Base Plan.

___4. Base Plan Changes:
    _____ Plan Base amount increased/decreased to $_____.
    _____ Plan term increased/decreased to _____ months.

___5. Other modifications:

_x__6. Reason(s) for the requested modification(s): Debtor has been attempting to increase his business but has experienced a slowdown during the summer months of 2013.

___7. The Chapter 13 Plan, as modified, would be completed within (60) months from commencement of the case. The debtor(s) respectfully requests the court enter an order granting the requested modifications as set forth below.

Dated: August 29, 2013-  /s/ Scott Sagaria
 Applicant