Rebecca A. Caley (CA Bar No. 131997)
CALEY & ASSOCIATES
A Professional Corporation
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777
714/529-1400 Telephone
714/529-1515 Facsimile
rcaley@caleylaw.com
6600-485

Attorneys for Movant,
Mercedes-Benz Financial Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Santa Rosa Division

In re

Dean Gregory Asimos,

                Debtor.

Case No. 11-13214-AJ 7

Chapter 7

R.S. No. RAC-4

MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF MERCEDES-BENZ FINANCIAL SERVICES

DATE:  January 9, 2014
TIME:   9:00 a.m.
PLACE: 99 South E Street
          Santa Rosa, CA  95404
Hon. Alan Jaroslovsky

TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE, RESPONDENTS AND ALL OTHER INTERESTED PARTIES:

        Movant Mercedes-Benz Financial Services USA LLC, formerly known as DCFS USA LLC ("MBFS") hereby moves this Court for relief from the automatic stay pursuant to 11 U.S.C. section 362, to allow it to proceed with its rights and

remedies as set forth in the Promissory Note and Security Agreement for the purchase of a 2006 Mercedes-Benz S430V motor vehicle. MBFS submits the Declaration of Kim Nguyen, its Exhibit List and the Relief from Stay Cover Sheet in support thereof.

1. On or about August 23, 2010, debtor Dean Gregory Asimos ("Debtor") executed and delivered to MBFS, a Promissory Note and Security Agreement ("Note") to finance the purchase of a 2006 Mercedes-Benz S430V motor vehicle, Serial No. WDBNG70J66A465211 ("Vehicle"). The Debtor agreed to pay for the total sum of $44,259.38, in 60 equal monthly payments of $900.39 each beginning February 15, 2009. A copy of the Note is marked as **Exhibit "1"** and attached to the Declaration of Kim Nguyen filed and served herewith.

2. MBFS thereafter perfected its lienholder interest in the Vehicle by obtaining a Certificate of Title from the California Department of Motor Vehicles. A copy of the title is marked as **Exhibit "2"** and attached to the Declaration of Kim Nguyen filed and served herewith.

3. On or about November 15, 2009, the Debtor defaulted under the terms of the Note as set forth in the Declaration of Kim Nguyen. Due to the payment delinquency, the Debtor's account was charged-off on March 29, 2010. Following the charge-off of Debtor's account and the Debtor's bankruptcy filing on August 29, 2011, the Debtor's plan was confirmed by order of this Court on March 2, 2012. Pursuant to the confirmed plan, MBFS received a total of 12 payments totaling $4,754.00 from the trustee. The last trustee payment of $237.70, was received by MBFS on May 7, 2013. A copy of the payment history is marked as **Exhibit "3"** and attached to the Declaration of Kim Nguyen filed and served herewith.

4. As set forth in the Declaration of Kim Nguyen, the outstanding balance on the account is $47,164.49, as of December 14, 2013, plus attorneys' fees and costs.

///

5. The estimated value of the Vehicle according to KBB.com (Kelley Blue Book) is $14,316. A copy of the Kelley Blue Book evaluation is marked as **Exhibit "4"** and attached to the Declaration of Kim Nguyen filed and served herewith.

6. Based on the estimated value of the Vehicle of $14,316, and the total indebtedness owing to MBFS in the sum of $47,164.49, as set forth in the Declaration of Kim Nguyen, the Debtor has no equity in the Vehicle for the benefit of the Debtor or the bankruptcy estate.

7. Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant MBFS the requested relief from stay as follows:

    (1) MBFS' interest in the Vehicle is not adequately protected.

        (a) MBFS' interest in the Vehicle is not protected by an adequate equity cushion.

        (b) The fair market value of the Vehicle is declining and payments are not being made to MBFS sufficient to protect MBFS' interest against that decline.

    (2) Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Vehicle; and pursuant to § 362(d)(2)(B), the Vehicle is not necessary for an effective reorganization.

8. From the time the Debtor filed his Chapter 13 petition on August 29, 2011, MBFS received a total of 12 trustee payments totaling $4,754. However, the account remains unpaid in the total sum of $47,164.49 and the account is past-due for payments commencing November 15, 2009, since the account was charged-off on March 29, 2010. Lastly, the Debtor has no equity in the Vehicle and MBFS is not adequately protected.

9. Based upon the foregoing and the Declaration of Kim Nguyen filed and served herewith, MBFS respectfully requests that this Honorable Court enter its order as follows:

///

1         (a) Terminate the automatic stay to allow MBFS the right to enforce its
Note in a manner permitted by law;

        (b) That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived;

        (c) That this order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

        (d) For such other and further relief as the Court deems just and proper.

Dated: __12/10__, 2013         CALEY & ASSOCIATES
A Professional Corporation

By: _/s/ Rebecca A. Caley_
Rebecca A. Caley
Attorneys for Movant,
Mercedes-Benz Financial Services
USA LLC, fka DCFS USA LLC