In re  **Dean Gregory Asimos**, Case No. **11-13214**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Detached Home<br>1040 E. MacArthur St.<br>Sonoma, CA 95476 | C.C.P. § 703.140(b)(5) | 100.00 | 607,600.00 |
| **Cash on Hand** | | | |
| Cash on hand | C.C.P. § 703.140(b)(5) | 36.25 | 36.25 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Bank<br>Drake Financial<br>Checking Account<br># 9400 | C.C.P. § 703.140(b)(5) | 5,985.00 | 5,985.00 |
| Chase Bank<br>Drake Realty<br>Checking Account<br># 8071 | C.C.P. § 703.140(b)(5) | 413.00 | 413.00 |
| Chase Bank<br>Wired Real Estate<br>Checking Account<br># 9392 | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| Chase Bank<br>Premier Account<br>Checking # 6385 | C.C.P. § 703.140(b)(5) | 2,395.16 | 2,395.16 |
| **Household Goods and Furnishings** | | | |
| Household goods | C.C.P. § 703.140(b)(3) | 1,250.00 | 1,250.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books and pictures | C.C.P. § 703.140(b)(5) | 260.00 | 260.00 |
| **Wearing Apparel** | | | |
| Clothing | C.C.P. § 703.140(b)(3) | 350.00 | 350.00 |
| **Furs and Jewelry** | | | |
| Misc. Jewelry (watches, etc) | C.C.P. § 703.140(b)(4) | 1,425.00 | 1,425.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Litigation Settlement (100k proceeds; $15,000 of which Debtor may be entitled to receive) | C.C.P. § 703.140(b)(5) | 13,510.59 | 15,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Office Equipment and furnishings | C.C.P. § 703.140(b)(5) | 350.00 | 350.00 |
| | Total: | **26,275.00** | **635,264.41** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy