SCOTT J. SAGARIA (BAR # 217981)
JOE ANGELO (BAR # 268542)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 1

| | |
|---|---|
| In Re:<br><br>**DEAN GREGORY ASIMOS**,<br><br>　　　　　Debtor. | Case No.: 11-13214-AJ<br><br>Chapter 7<br><br>**DECLARATION OF DEAN GREGORY ASIMOS IN SUPPORT OF DEBTOR'S MOTION TO VOID LIEN IMPAIRING EXEMPTION PURSUANT TO 11 U.S.C. §522(f)**<br><br>Judge:　Hon. Judge Jaroslovsky |

I, Dean Gregory Asimos, hereby declare as follows:

1. I am the debtor in the above-referenced Chapter 7 bankruptcy. As such, I have actual knowledge of the statements contained herein except those based upon information and belief. If required, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the legal description of the property commonly known as 1040 East MacArthur Street, Sonoma, California 95476 (hereinafter "Property").

//

DECLARATION OF DEAN GREGORY ASIMOS IN SUPPORT OF DEBTOR'S MOTION TO VOID LIEN IMPAIRING EXEMPTION PURSUANT TO 11 U.S.C. §522(f) -1-

Case: 11-13214　Doc# 91-1　Filed: 01/20/14　Entered: 01/20/14 17:20:32　Page 1 of 2

3. Attached hereto as **Exhibit B** is a true and correct copy of the Abstract of Judgment reflecting the perfection of a judgment lien in favor of Jason Everett Thompson, an individual, and Wired Real Estate Group, Inc., a California corporation, (hereinafter collectively "Lienholders") in the principal amount of $450,038.00 (hereinafter "Lien").

4. Attached hereto as **Exhibit C** is Schedule A from my bankruptcy schedules, executed under penalty of perjury, in which I valued the Property at $607,600.00.

5. Attached hereto as **Exhibit D** is Amended Schedule D from my bankruptcy schedules, executed under penalty of perjury, showing secured claims senior to the Lien in favor of OCWEN Loan Servicing and Vincent P. O'Leary in the aggregate amount of $889,872.80.

6. I claimed a Wildcard exemption in the property in the amount of $100.00 pursuant to California Civil Code §703.140(b)(5) as shown in Amended Schedule C filed in this case and attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of January 2014, in Sonoma, California.

By: */s/ Dean Gregory Asimos*
Dean Gregory Asimos
Debtor/Declarant

DECLARATION OF DEAN GREGORY ASIMOS IN SUPPORT OF DEBTOR'S MOTION TO VOID LIEN IMPAIRING EXEMPTION PURSUANT TO 11 U.S.C. §522(f) -2-

Case: 11-13214   Doc# 91-1   Filed: 01/20/14   Entered: 01/20/14 17:20:32   Page 2 of 2