# Property Information Report

**For Property Located At**
**1040 E Macarthur St, Sonoma, CA 95476**

| Subject Property: | |
|---|---|
| Owner Name: | **ASIMOS DEAN** |
| Mail Address: | **1040 E MACARTHUR ST, SONOMA, CA 95476** |
| Phone Number: | |

| Location Information: | | | |
|---|---|---|---|
| Legal Description: | **MAP C4 180** | | |
| Subdivision: | | | |
| County: | **Sonoma, CA** | APN: | **128-042-030** |
| Census Tract / Block: | **150204/3000** | Alternate APN: | |
| Township-Range-Sect: | -- | Tract#: | |
| Legal Book Page: | - | Map Reference: | **180-C4 / 447-H7** |
| Legal Lot-Block: | - | School District: | |
| Municipality/Township: | | Market Area: | |
| Neighbor Code: | | | |

| Owner Transfer Information: | | | |
|---|---|---|---|
| Recording / Sale Date: | **03/30/2007 / 03/21/2007** | Deed Type: | **QUITCLAIM** |
| Sale Price: | | 1st Mtg Document #: | **36183** |
| Document Number: | **36183** | | |

| Last Market Sale Information: | | | |
|---|---|---|---|
| Recording / Sale Date: | **08/08/2006 07/31/2006** | 1st Mtg Amount / Type: | **$650,000/** |
| Sale Price: | **$940,000** | 1st Mtg Int. Rate/Type: | **/ VARIABLE** |
| Sale Type: | **FULL VALUE** | 1st Mtg Document #: | **97576** |
| Document Number: | **97574** | 2nd Mtg Amount/Type: | **/** |
| Deed Type: | **DEED** | 2nd Mtg Int. Rate/Type: | **/** |
| Transfer Doc Number: | **97574** | Price per SqFt: | **$634.28** |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | **FIDELITY NATIONAL TITLE** | | |
| Lender: | **DOWNEY S & L (WHOLESALE)** | | |
| Seller Name: | **COPELAND,CECIL A** | | |

| Prior Sale Information: | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | **02/15/2000** | Prior Lender: | |
| Prior Sale Price: | **$340,000** | Prior 1st Mtg Amount / Type: | **$272,000 /** |
| Prior Doc Number: | **14226** | Prior 1st Mtg Rate / Type: | **/ FIXED** |

Case: 11-13214    Doc# 91-2    Filed: 01/20/14    Entered: 01/20/14 17:20:32    Page 1 of 2

Exhibit A

Prior Deed Type:

**Property Characteristics:**

| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 1,482 | Parking Type: | | Construct Type: | **WOOD/STEEL** |
| Living Area: | 1,482 | Garage Area: | | Heat Type: | |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | | | Porch Type: | |
| Total Rooms: | 6 | Basement Area: | | Patio Type: | |
| Bedrooms: | 2 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 3 | Basement Type: | | Air Conditioning: | |
| Year Built / Eff: | 1965 | Roof Type: | | Style: | **L-SHAPE** |
| Fireplace: | 1 | Foundation: | | Quality: | **AVERAGE** |
| # of Stories: | 1 | Roof Material: | | Condition: | |
| Other Improvements: | | | | | |

**Site Information:**

| | | | | | |
|---|---|---|---|---|---|
| Zoning: | | Acres: | 0.2615 | Lot Area: | 11,390 |
| Land Use: | **SFR** | Res/Comm Units: | / | Lot Width/Depth: | |
| Site Influence: | | | | | |
| # of Buildings: | 1 | Usable Lot: | | Lot Shape: | |
| Building Width/Depth: | | Building Class: | | Topography: | |
| State Use: | | County Use: | **SINGLE FAM DWELLING** | | |
| Water Type: | | Sewer Type: | | Water District: | |

**Tax Information:**

| | | | | | |
|---|---|---|---|---|---|
| Assessed Value: | $630,500 | Assessed Year: | 2013 | Property Tax: | $7,130.80 |
| Land Value: | $302,000 | Tax Area: | 158046 | Delinquent Year: | |
| Improvement Value: | $328,500 | Tax Exemption: | **HOMESTEAD** | Tax Year: | 2013 |
| Improved %: | 53% | | | | |
| Total Taxable Value: | $623,500 | Market Value: | | Equal Rate: | |
| Fire Dist: | | Garbage Dist: | | Appraisal Dist: | |

Exhibit A