| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):<br>Recording requested by and return to:<br>C. Todd Norris, SBN 181337<br>Bullivant Houser Bailey PC<br>601 California Street, Suite 1800<br>San Francisco, CA 94108 | 2013105086<br>OFFICIAL RECORDS OF<br>SONOMA COUNTY<br>WILLIAM F ROUSSEAU<br>GENERAL PUBLIC<br>10/28/2013 03:28 ABSJ<br>RECORDING FEE: $23.00<br>PAID |

☒ ATTORNEY FOR ☒ JUDGMENT CREDITOR ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

PLAINTIFF: Jason Everett Thompson and Wired Real Estate Group, Inc.

DEFENDANT: Dean Gregory Asimos, dba Drake Realty

CASE NUMBER: CGC-11-514980

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS ☐ Amended

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ Dean Gregory Asimos         │
      │ 1040 East MacArthur Street  │
      │ Sonoma, CA 95476            │
      └─────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state: ☒ Unknown
   c. Social security no. [last 4 digits]: 5624 ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Jason Everett Thompson
   50 California Street, Suite 1500, San Francisco, CA 94111
   Date: October 17, 2013
   C. Todd Norris
   (TYPE OR PRINT NAME)
   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

6. Total amount of judgment as entered or last renewed: $ 450,038.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): August 23, 2013
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

[SEAL] CLERK OF THE COURT
This abstract issued on (date):
OCT 17 2013

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):
12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.
    Clerk, by _____, Deputy
    DE LA VEGA-NAVARRO, Rossely

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Jason Everett Thompson and Wired Real Estate Group, Inc. | CASE NUMBER: CGC-11-514980 |
|---|---|
| DEFENDANT: Dean Gregory Asimos, dba Drake Realty | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com