1  SCOTT J. SAGARIA (BAR # 217981)
   JOE ANGELO (BAR # 268542)
2  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 620
3  San Jose, CA 95110
   408-279-2288 ph
4  408-279-2299 fax

5  Attorney for Debtor

6

7

8                    UNITED STATES BANKRUPTCY COURT

9          NORTHERN DISTRICT OF CALIFORNIA – DIVISION 1

10

11  In Re:                              Case No.: 11-13214-AJ

12  **DEAN GREGORY ASIMOS**,            Chapter 7

13                                      **NOTICE OF OPPORTUNITY FOR
                Debtor.                 HEARING RE: DEBTOR'S MOTION TO**
14                                      **VOID LIEN IMPAIRING EXEMPTION
                                        PURSUANT TO 11 U.S.C. §522(f)**
15

16                                      Judge:    Hon. Judge Jaroslovsky

17

18

19        **To the United States Bankruptcy Court, the Honorable Judge Jaroslovsky, the**

20  **United States Trustee, the Chapter 7 Trustee, Jason Everett Thompson, Wired Real**

21  **Estate Group, Inc., C. Todd Norris, OCWEN Loan Servicing, Vincent P. O'Leary, all**

22  **creditors, and all other parties in interest:**

23

24        **NOTICE IS HEREBY GIVEN** that debtor Dean Gregory Asimos (hereinafter

25  "Debtor") has filed a Motion to Void Lien Impairing an Exemption to which he is entitled.

26  This motion seeks to void the lien on the Debtor's residence commonly known as 1040 East

27  MacArthur Street, Sonoma, California 95476 (hereinafter "Property"). Bankruptcy Local Rule

28  9014-1 of the United States Bankruptcy Code for the Northern District of California prescribes

the procedures to be followed and that 1) any objection to requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within twenty-one (21) days of mailing of the Notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the objecting party wishes to represent in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtor's attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to the Chapter 7 Trustee in the case, in the even an objection or request for hearing is timely made.

**SAGARIA LAW, P.C.**

Dated: January 20, 2014          By:      */s/ Joe Angelo, Esq.*
                                          Joe Angelo, Esq.
                                          Attorney for Debtor

NOTICE OF OPPORTUNITY FOR HEARING RE: DEBTOR'S MOTION TO VOID LIEN IMPAIRING EXEMPTION
PURSUANT TO 11 U.S.C. §522(f) -2-

Case: 11-13214    Doc# 92    Filed: 01/20/14    Entered: 01/20/14 17:21:24    Page 2 of 2