C. Todd Norris, SBN 181337
Arlena V. Carrozzi, SBN 250116
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
Jason Everett Thompson

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>ASIMOS, DEAN GREGORY,<br><br>Debtor. | Case No.: 11-13214-AJ<br><br>Chapter 7<br><br>Adv. Case No. 14-01018 |
| JASON EVERETT THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>DEAN GREGORY ASIMOS,<br><br>Defendant. | **SUBSTITUTION OF COUNSEL** |

-1-

TO: THE COURT, THE TRUSTEE, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT plaintiff JASON EVERETT THOMPSON hereby substitutes the following as his counsel of record, in the place of BULLIVANT HOUSER BAILEY PC:

STEPHAN E. KYLE
KYLE LAW CORPORATION
230 California Street, Suite 600
San Francisco, CA 94111
Telephone: 415-839-8110
Facsimile: 415-839-8189
E-mail: skyle@kylelawcorp.com

DATED: 2/7 , 2014

BULLIVANT HOUSER BAILEY PC

By _____
C. Todd Norris
Arlena V. Carrozzi

Attorneys for Plaintiff Jason Everett Thompson

DATED: 2/6 , 2014

_____
JASON EVERETT THOMPSON

I agree to said substitution.

DATED: February 4, 2014 , 2014
KYLE LAW CORPORATION


By _____
STEPHAN E. KYLE

14472832.1

*****

- 2 -
SUBSTITUTION OF COUNSEL

Case: 11-13214   Doc# 101   Filed: 02/07/14   Entered: 02/07/14 13:07:55   Page 2 of 3

TO: THE COURT, THE TRUSTEE, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE THAT plaintiff JASON EVERETT THOMPSON hereby substitutes the following as his counsel of record, in the place of BULLIVANT HOUSER BAILEY PC:

> STEPHAN E. KYLE
> KYLE LAW CORPORATION
> 230 California Street, Suite 600
> San Francisco, CA 94111
> Telephone: 415-839-8110
> Facsimile: 415-839-8189
> E-mail: skyle@kylelawcorp.com

DATED: _____, 2014

BULLIVANT HOUSER BAILEY PC


By _____
   C. Todd Norris
   Arlena V. Carrozzi

Attorneys for Plaintiff Jason Everett Thompson

DATED: _____, 2014


_____
JASON EVERETT THOMPSON

I agree to said substitution.

DATED: February 4, 2014_____, 2014

KYLE LAW CORPORATION

By \_\_\_\_[signature]_____
   STEPHAN E. KYLE

14472832.1

\*\*\*\*\*

— 2 —
SUBSTITUTION OF COUNSEL

Case: 11-13214   Doc# 101   Filed: 02/07/14   Entered: 02/07/14 13:07:55   Page 3 of 3