

```
1  SCOTT J. SAGARIA (BAR # 217981)
   JOSEPH ANGELO (BAR # 268542)
2  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 620
3  San Jose, CA 95110
   408-279-2288 ph
4  408-279-2299 fax

5  Attorney for Debtor
```

Signed: March 3, 2014

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 1

| In Re: | Case No.: 11-13214-AJ |
|---|---|
| **DEAN GREGORY ASIMOS**, | Chapter 7 |
| Debtor. | **ORDER RE: MOTION TO VOID JUDGMENT LIEN PURSUANT TO 11 U.S.C. §522(f)** |
| | Related Docket Entry #: 91 |
| | Judge: Hon. Judge Jaroslovsky |

On January 20, 2014, Debtor filed a motion to void the judgment lien of Jason Everett Thompson, an individual, and Wired Real Estate Group, Inc. (hereinafter "Lienholder") as it impairs debtor's exemptions under C.C.P. §703.140(b)(5) in the real property commonly known as 1040 East MacArthur Street, Sonoma, California 95476 filed on the docket as part of docket number 91, and recorded in the county of Sonoma, California as document number 2013105086 (hereinafter "the Lien").

The Court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the Court hereby orders as follows:

1. The Lien impairs debtor's exemptions pursuant to C.C.P. §703.140(b)(5) in the real property commonly known 1040 East MacArthur Street, Sonoma, California 95476 and

thus is voided as to the property commonly known as 1040 East MacArthur Street, Sonoma, California 95476 and shall be treated as unsecured.

2. Upon discharge of debtor, Lienholder's debt shall be discharged absent any further relief from the court.

**** END OF ORDER ****

COURT SERVICE LIST